Law Offices

# GREENSTEIN DELORME & LUCHS, P.C.

1620 L. Street, N. W., Suite 900
Washington, D.C. 20036-5605

Telephone (202) 452-1400
Facsimile (202) 452-1410

July 7, 2009

Battery Kemble Homeowner's Association, Inc.
c/o Mrs. Maria Miller
Chatel Real Estate, Inc.
3210 N Street, N.W.
Washington, D.C. 20007

Invoice No. 140648

6664/0001

For professional services rendered during June, 2009 in connection with Mark J. Mills Bankruptcy, including:

| Date | Atty | Hours | Description of Services |
|---|---|---|---|
| 06-23-09 | JPB | 1.2 | Review and analysis of bankruptcy docket regarding asset case, proof of claim, other secured debtors; review and analysis of HOA documents regarding lien for dues, late fees, interest, notice to mortgage holders. |
| 06-25-09 | JPB | 0.4 | Prepare update to Ms. Maria Miller on status of bankruptcy, proof of claim to be filed and HOA's lien, requirements. |

Total for professional services .............................. $648.00

**TOTAL AMOUNT DUE** ........................................... $648.00

359470\1

EXHIBIT
B

Law Offices
## GREENSTEIN DELORME & LUCHS, P.C.
1620 L. Street, N. W., Suite 900
Washington, D.C. 20036-5605

Telephone (202) 452-1400
Facsimile (202) 452-1410

August 10, 2009

Battery Kemble Homeowner's Association, Inc.
c/o Mrs. Maria Miller
Chatel Real Estate, Inc.
3210 N Street, N.W.
Washington, D.C. 20007

Invoice No. 141071

6664/0001

For professional services rendered during June and July, 2009 in connection with Mark J. Mills Bankruptcy, including:

| Date | Atty | Hours | Description of Services |
|---|---|---|---|
| 06-24-09 | LH | 1.1 | Research statute on liens governing homeowner's associations. |
| 07-07-09 | JPB | 0.2 | Review and analysis of approved accounting for claim. |
| 07-10-09 | RGW | 1.4 | Meeting with BGB regarding preparing proof of claim; revision of the same; file the proof of claim through PACER; meeting with BGB regarding the same. |
| 07-10-09 | BGB | 2.5 | Conference with RGW regarding POC; preparation of POC; review and analysis of D.C. Office of Tax & Revenue website regarding condo documents; preparation of itemization of amounts owing; preparation of POC for filing. |
| 07-13-09 | BGB | 0.5 | Preparation of e-mail correspondence to JPB forwarding filed POC; review and analysis of PACER to check creditor mailing list. |

359470\1

**GREENSTEIN DELORME & LUCHS, P.C.**
Wayne Insulation Company, Inc.
August 10, 2009
Page 2

| | |
|---|---|
| Total for professional services .............................. | $1,186.00 |
| Disbursements for photocopying and filing fee .............. | 5.76 |
| Courtesy Discount ........................................... | (300.00) |
| **TOTAL AMOUNT DUE** ......................................... | **$891.76** |

359470\1

```
09:33 AM Sep 3, 2009              Greenstein DeLorme & Luchs, P.C.                    Page No.:   1
                              Draft For Work-In-Process Through 09-01-09
                                      MATTER ID: 6664-0001

            ** Bill sent to Client Address?  Y

BILLING ATTORNEY: 50  - John Patrick Brown Jr.              BILLING GROUP: M

Battery-Kemble HOA, Inc.
c/o Ms. Maria Miller
Chatel Real Estate, Inc.
3210 N Street, N.W.
Washington, DC 20007

RE: Mark J. Mills Bankruptcy

                                                Total Billed Fees:                     1,834.00
                                                Total Billed Costs:                        5.76
                                                Total Collected:                       1,539.76
                                                Date of Last Bill:          08-10-09   1,191.76
                                                Date of Last Payment:       08-24-09     891.76
                                                Date of Last Write-off:                  300.00
                                                Combined Advance Deposit Balance:          0.00
                                                Fee Advance Deposit Balance:               0.00
                                                Cost Advance Deposit Balance:              0.00
                                                Trust Funds 1:                             0.00
                                                Trust Funds 2:                             0.00
                                                Trust Funds 3:                             0.00
                                                Trust Funds 4:                             0.00
                                                Bill Form:    1   GDL - Block
B/Comm:                                         I/Comments:

                                 TOTAL      FEES      COSTS      INT  ------- A G I N G   A S   O F  09-01-09 -----
                                 DUE        DUE       DUE        DUE        00-30      31-60       61-90       90+
Work-in-Process as of 09-01-09  760.00    760.00      0.00      0.00         0.00     760.00        0.00       0.00
Balance Forward as of 09-03-09    0.00      0.00      0.00      0.00         0.00       0.00        0.00       0.00

----------FEE RECAP----------
      Attorney        Hours    Rate     Amount
  9 - RGW              1.9    400.00    760.00

TOTAL WIP FEES:              1.9         760.00

TOTAL WIP:                                760.00

TOTAL OUTSTANDING:                        760.00                                       760.00

BILLING INSTRUCTIONS:  Bill Fees ____  Bill Costs ____  Show Bal. Fwd. ____  Apply Adv Dep ____  Draft ____
                      Special Paragraph ____           Rebill Only ____

ATY      DATE      H/N     HOURS         RATE         AMOUNT     DESCRIPTION
```

```
09:33 AM  Sep 3, 2009                                                                                      Page No.: 2
                              Greenstein, DeLorme' & Luchs, P.C.
                              Draft for Work-in-Process Through 09-01-09
                              Matter ID: 6664-0001
```

| ATY | DATE | H/N | HOURS | RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| RGW | 08-31-09 | | 1.1 | 400.00 | 440.00 | Review and analysis of Notice of Ch. 7 Trustee's intent to sell property; review and analysis of list of filed Proofs of Claim; preparation of email to William Douglas White, Esq. regarding payment to HOA at closing; review and analysis of email from JPB regarding the same; preparation of reply; review and analysis of motion to sell; preparation of email to Mr. White regarding same. |
| RGW | 09-01-09 | | 0.8 | 400.00 | 320.00 | Review and analysis of email from Mr. White regarding statutory basis for lien status; preparation of email to JPB regarding same; review and analysis of reply; preparation of response; meeting with JPB regarding the same; preparation of email to Mr. White regarding consentual lien; review and analysis of deed; meeting with BGB regarding the same; preparation of email to Mr. White with the Declaration of Covenants and the Mills' deed. |

```
                                        TOTAL FEES    760.00
```