**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

United States Bankruptcy Court for the District of Columbia
### Case No. <u>09–00189</u>
### Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mark J. Mills
4814 Foxhall Crescent Court, NW
Washington, DC 20007

Social Security / Individual Taxpayer ID No.:
xxx–xx–6462

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>9/18/09</u>                    <u>S. Martin Teel, Jr.</u>
                                         United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

District/off: 0090-1          User: mathewes              Page 1 of 2          Date Rcvd: Sep 18, 2009
Case: 09-00189               Form ID: b18                Total Noticed: 44

The following entities were noticed by first class mail on Sep 20, 2009.
```
db          +Mark J. Mills,   4814 Foxhall Crescent Court, NW,   Washington, DC 20007-1000
smg          Child Support Services Division,   Office of the Attorney General,
             Judiciary Square 441 4th Street, NW,   5th Floor,   Washington, DC 20001
smg          D.C. Office of Tax and Revenue,   Bankruptcy Division,   941 N. Capitol Street, NW,
             Washington, DC 20002-4259
smg          District Unemployment Compensation Board,   609 H St., NE,   Room 353-367,
             Washington, DC 20002-4347
smg         +Office of Attorney General,   Tax, Bankruptcy, and Finance,   One Judiciary Square,
             441 4th Street, NW,   6th Floor,   Washington, DC 20001-2714
smg          U.S. Attorney's Office,   Civil Division - Judiciary Ct. Building,   555 4th St., N.W.,
             4th Floor,   Washington, DC 20001-2733
cr          +Battery-Kemble Place Homeowners Association, Inc.,   c/o Greenstein DeLorme & Luchs, P.C.,
             1620 L St., N.W. #900,   Washington, DC 20036-5628
cr          +WELLS FARGO BANK, NATIONAL ASSOCIATION c/o AMERICA,   c/o Bierman Geesing & Ward, LLC,
             4520 East West Highway, Suite 200,   Bethesda, MD 20814-3382
496627      +American Home Loan,   c/o Bierman, Geesing & Ward,   4520 East-West Hwy,   Suite 200,
             Bethesda, MD 20814-3382
499106      +BMW Auto Finance,   PO Box 9001065,   Louisville, KY 40290-1065
496628      +BMW Fin. Service,   PO Box 9001065,   Louisville, KY 40290-1065
498520      +BMW Financial Services NA, LLC,   C/O Hale, Dewey, & Knight, PLLC,   88 Union Avenue Suite 700,
             Memphis, TN 38103-5128
499105      +Battery Kemble Homeowners Assoc.,   c/o Chatel Real Estate, Inc.,   3201 N Street, NW,
             Washington, DC 20007
505033      +Battery-Kemble Place Homeowners Association, Inc.,   c/o Richard G. Wise, Esq.,
             Greenstein DeLorme & Luchs, P.C.,   1620 L St., N.W. #900,   Washington, D.C 20036-5613
499107      +Care First Blue Cross Blue Shield,   840 1st Street, NE,   Washington, DC 20065-0003
496630      +Citicard Mastercard,   PO Box 6000,   The Lakes, NV 88901-6000
508859      +Clerk, U.S. Bankruptcy Court,   333 Constitution Ave., NW,   Washington, DC 20001-2802
499111      +DC Office of Tax and Revenue,   941 North Capitol Street, NE,   #110,   Washington, DC 20002-4259
501501      +District of Columbia Treasury,   Gov't of the District of Columbia,   Office of Tax and Revenue,
             PO Box 37559,   Washington, DC 20013-7559
499112      +Dr. Bruce Abell,   2150 Pennsylvania Ave., NW,   Suite DC11,   Washington, DC 20037-3201
499113      +Dr. Lucien Levy,   2150 Pennsylvania Avenue, NW,   Medical Faculty Assoc.,
             Washington, DC 20037-3201
499114      +George Washington University Hospital,   900 23rd Street, NW,   Washington, DC 20037-2342
496631       Internal Revenue Service,   Philadelphia, PA 19555
499115       Internal Revenue Service,   Dept. of the Treasury,   Andover, MA 05501-0102
499116       Lifestar Response of Maryland,   Box 827284,   Philadelphia, PA 19182-7284
499117      +Michael C. Durney, Esq.,   1072 Thomas Jefferson Street, NW,   Washington, DC 20007-3832
496632      +National Cathedral School,   3612 Woodley Road, NW,   Washington, DC 20016-5033
499958      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
496633       Pauline R. Plesset,   715 San Mario Drive,   Solana Beach, CA 92075
499120       RMS/Chubb,   7700 Hartland Street,   PO Box 280431,   East Hartford, CT 06128-0431
499121       Sallie Mae,   PO Box 9500,   Wilkes Barre, PA 18773-9500
496634      +Sandground, New & Lowinger, PC,   4800 Montgomery Lane,   Suite 100,   Bethesda, MD 20814-3455
499123      +Sibley Memorial Hospital,   5255 Loughboro Road, NW,   Washington, DC 20016-2696
505757      +Susan E. Mills,   W. Mark Scott, Esq,   Law Office of W. Mark Scott PLLC,   P.O. Box 32165,
             Washington, DC 20007-0465
499124      +Susan Mills,   4814 Foxhall Crescent, NW,   Washington, DC 20007-1000
500009      +VW Credit, Inc.,   P.O. Box 829009,   Dallas, TX 75382-9009
499126      +Washington Neurological Assoc, PC,   3301 New Mexico Ave., NW,   Washington, DC 20016-3622
499127      +Wells Fargo Bank, NA as Trustee,   c/o Kevin Feig, Esq.,   4520 East West Highway,   Suite 200,
             Bethesda, MD 20814-3382
```

The following entities were noticed by electronic transmission on Sep 18, 2009.
```
504147       EDI: BMWFINANCIAL.COM Sep 18 2009 18:23:00     BMW Financial Services NA, LLC,   P.O. Box 3608,
             Dublin, OH 43016-0306
503485      +EDI: CHASE.COM Sep 18 2009 18:23:00     CHASE BANK USA,   PO BOX 15145,
             WILMINGTON, DE 19850-5145
499108      +EDI: CAUT.COM Sep 18 2009 18:23:00     Chase Auto Finance,   PO Box 78067,
             Phoenix, AZ 85062-8067
496629      +EDI: CHASE.COM Sep 18 2009 18:23:00     Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
500385       EDI: IRS.COM Sep 18 2009 18:23:00     Department of Treasury,   Internal Revenue Service,
             Centralized Insolvency Office,   P.O. Box 21126,   Philadelphia, PA  19114
499125       E-mail/Text: vci.bkcy@vwcredit.com                    Volkswagen Credit, Inc.,
             PO Box 17497,   Baltimore, MD 21297-1497
                                                                               TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BMW Financial Services NA, LLC
cr           Susan E. Mills
r            Terri Robinson
cr*         +VW Credit, Inc.,   P .O .Box 829009,   Dallas, TX 75382-9009
499109*     +Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
499110*     +Citicard Mastercard,   PO Box 6000,   The Lakes, NV 88901-6000
499118*     +National Cathedral School,   3612 Woodley Road, NW,   Washington, DC 20016-5033
499119*      Pauline R. Plesset,   715 San Mario Drive,   Solana Beach, CA 92075
499122*     +Sandground, New & Lowinger, PC,   4800 Montgomery Lane,   Suite 100,   Bethesda, MD 20814-3455
                                                                            TOTALS: 3, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0090-1          User: mathewes          Page 2 of 2          Date Rcvd: Sep 18, 2009
Case: 09-00189               Form ID: b18            Total Noticed: 44
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2009**                    **Signature:**